## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **SCOTT MCCRAY,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:21cv00542 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| **MIDDLE RIVER REGIONAL** | ) | By:  Hon. Thomas T. Cullen |
| **JAIL AUTHORITIES,** *et al.,* | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

Plaintiff Scott McCray, proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. By conditional filing orders entered September 15 and October 4, 2021, the court advised McCray that he must notify the court in writing immediately upon his transfer or release and must provide the court with his new address. (*See* ECF Nos. 3 and 5.) On November 12, 2021, an order mailed to McCray was returned to the court as undeliverable and with no forwarding address. (*See* ECF No. 8.) McCray has not provided the court with an updated address. Accordingly, the court will dismiss this action without prejudice for failure to comply with the court's order. The court notes that this dismissal is without prejudice to McCray's opportunity to refile his claims in a separate civil action, subject to the applicable statute of limitations.

The clerk is directed to forward a copy of this Memorandum Opinion and accompanying Order to McCray at his last known address.

**ENTERED** this 17th day of November, 2021.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE